IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        **Plaintiff,**<br><br>v.<br><br>**GEORGE A. HUTSON,**<br>**THOMAS A. HUTSON,**<br>and<br>**GLENN A. GENTRY,**<br><br>        **Defendant.** | Case No. 21- 40073-01/03-HLT |

### I N F O R M A T I O N

The Acting United States Attorney charges that:

**COUNT 1**
**[Conspiracy – 18 U.S.C. § 371]**

On or about December 1, 2020, and December 7, 2020, in the District of Kansas, and within the special maritime and territorial jurisdiction of the United States, namely: Flint Hills National Wildlife Refuge, the defendants,

**GEORGE A. HUTSON,**
**THOMAS A. HUTSON,**
**AND**
**GLENN A. GENTRY,**

combined, conspired, confederated and agreed to commit offenses against the United States, by placing or aiding and abetting the placement of bait, for the purposes of unlawfully luring whitetail deer to be unlawfully taken and the subsequent unlawful possession and transport of whitetail deer from the Flint Hills National Wildlife Refuge to Tennessee, in violation of

    a)    imported and exported wildlife in interstate commerce knowing that the wildlife

was taken, possessed, transported in violation of the laws of the State of Kansas and the United States, in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2) [Lacey Act Violation]; and,

b)      took and possessed wildlife within the National Wildlife Refuge System, in violation of Title 16, United States Code, Section 668dd [Refuge Administration Act].

In furtherance of the conspiracy, and in order to effect its objects, the defendants committed or caused to be committed one or more overt acts in the District of Kansas, including the allegations in Counts 1 through 3, and the following:

a)      purchased corn to use as bait for hunting whitetail deer on the Flint Hills National Wildlife Refuge;

b)      placed corn for the purpose of bait for hunting whitetail deer on the Flint Hills National Wildlife Refuge;

c)      transported three (3) whitetail deer from the Flint Hills National Wildlife Refuge.

This was in violation of Title 18, United States Code, Section 371.

## COUNT 2
**[Lacey Act Violation - 16 U.S.C. §§ 3372(a)(3)(A), 3373(d)(2)]**

On or about December 1, 2020, and December 7, 2020, in the District of Kansas, and within the special maritime and territorial jurisdiction of the United States, namely:   Flint Hills National Wildlife Refuge, the defendants,

**GEORGE A. HUTSON,
THOMAS A. HUTSON,
AND
GLENN A. GENTRY,**

knowingly and unlawfully transported, received and acquired wildlife, namely:   three (3) whitetail deer, taken, possessed, and transported in violation of federal law.

2

This was in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2), and Title 18, United States Code, Section 2.

## COUNT 3
**[Refuge Administration Act - 16 U.S.C. § 668dd and 50 CFR, Part 32.2(h)]**

On or about December 1, 2020, and December 7, 2020, in the District of Kansas, and within the special maritime and territorial jurisdiction of the United States, namely:   Flint Hills National Wildlife Refuge, the defendants,

**GEORGE A. HUTSON,
THOMAS A. HUTSON,
AND
GLENN A. GENTRY,**

knowingly and unlawfully placed or directed the placement of bait on or over the adjacent area of the purpose of using, inducing, or allowing any person to take or attempt to take wildlife, namely: three (3) male whitetail deer by the aid of baiting or on or over the baited area.

This was in violation of Title 16 United States Code, Section 668dd and 50 CFR, Part 32.2(h), and Title 18, United States Code, Section 2.

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas


s/Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
District of Kansas
444 SE Quincy, Suite 290
Topeka, KS     66683
Telephone: (785) 295-2850
Fax: (785) 295-2853
Email:   Christine.E.Kenney@usdoj.gov

3

**PENALTIES:**

Ct. 1: 18 U.S.C. § 371
Conspiracy to Commit Lacey Act Violation [16 U.S.C. § 3372(a)(1)]

Ct. 2: 16 U.S.C. § 3372(a)(1)
Lacey Act Violation

- NMT 1 Year Imprisonment [3372(d)(2)]
- NMT 10,000 Fine [3373(d)(2)]
- NMT 1 Years Supervised Release [3583(d)(3)]
- $25 Special Assessment [3013(a)(1)(A)]

Ct. 3: 16 U.S.C. § 668dd and 50 CFR, Part 32.2(h)
Refuge Administration Act

- NMT 1 Year Imprisonment [668dd(f)(1)]
- NMT 100,000 Fine [668dd(f)(1)]
- NMT 1 Years Supervised Release [3583(d)(3)]
- $25 Special Assessment [3013(a)(1)(A)]